UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marialea Pottinger-Moore,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Judith Tan, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01395-GMN-EJY<br><br>**ORDER** |

According to the Nevada Department of Corrections inmate database Plaintiff is no longer incarcerated. A review of the docket shows Plaintiff has not filed an updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1 requiring *pro se* parties to do so. Under this Rule failure of a *pro se* party to update his/her address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id*.

Accordingly, IT IS HEREBY ORDERED that no later than **July 19, 2024** Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmates (ECF No. 6) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **July 19, 2024**, Plaintiff must pay the $402 filing fee for a civil action or file a complete application to proceed *in forma pauperis* for non-prisoners.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* for non-prisoners on or before **July 19, 2024**, will result in a recommendation to dismiss this action **without prejudice**.

DATED this 14th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE